# EXHIBIT 1

UNITED STATES OF AMERICA
BEFORE THE SECRETARY OF AGRICULTURE
FILE PACA R-2021-0571

THE FRESH GROUP, LTD.
d/b/a MAGLIO McALLEN,

               Complainant               :

     v.                                    :    **COMPLAINT**

VISION IMPORT GROUP, LLC,

               Respondent.             :

Complainant, The Fresh Group, Ltd. d/b/a Maglio McAllen ("Maglio"), respectfully alleges:

1.      Complainant is a corporation whose address is 4287 N. Port Washington Road, Glendale, Texas 53212.   At the time of the transactions involved in this proceeding, Complainant was licensed under the Perishable Agricultural Commodities Act of 1930 ("PACA"), 7 U.S.C. § 499a et seq. and held license number 19950744.

2.      Respondent, Vision Import Group, LLC ("Vision") is a New Jersey limited liability company whose address is 21 Main Street, Ste. 159, Hackensack, New Jersey 07601.

3.      At the time of the transactions involved herein, Respondent was licensed under the PACA as a dealer and held license number 20080501.

4.      On December 15, 2020, Maglio and Vision entered into a sales agreement whereby Vision agreed to sell and Maglio agreed to purchase 1,800 cartons (30 pallets) a week of U.S. No. 1 Persian limes in 40 pound cartons between January and April 2021 at the agreed upon price of $23.10 per carton and 2,400 cartons (40 pallets) per week between May and December 2021 at the

1

agreed upon price of $13.10 per carton ("Sales Agreement").   A copy of the executed Sales Agreement is attached hereto as **Exhibit "1."**

5.       At the end of February, 2021, the price of limes increased dramatically.  On or about March 19, 2021, Vision failed to ship limes to Maglio as required by the Sales Agreement.

6.       On or about March 22, 2021, Vision advised Maglio during a teleconference call that due to the increase in the market price for limes, Vision would not honor the terms of the Sales Agreement.   Instead, Vision advised it would make a proposal to Maglio to modify the Sales Agreement.

7.       On March 22, 2021, Vision sent an email to Maglio proposing to amend the Sales Agreement as follows: a) changing the sales price to $35.10 per carton until May 1 (any quantities above 18 pallets would be billed at market price); b) changing the sales price to $25.10 per carton for the month of May (any quantities above 18 pallets would be billed at market price); and c) changing the contract price to $16.10 per carton for June through December 2021.  A copy of the March 22, 2021 email from Vision to Maglio is attached hereto as **Exhibit "2."**

8.       On March 23, 2021, prior to Maglio having an opportunity to respond to Vision's email from the day before, Vision verbally advised Maglio in a telephone call that Vision would not ship any further loads to Maglio unless Maglio agreed to the revised pricing proposal.  Later that day, Vision sent a letter to Maglio advising that it would "be enacting a 'Force Majeure' on limes" and requesting that Maglio agree to the revised pricing proposal.  A copy of Vision's Force Majeure letter of March 23, 2021 is attached hereto as **Exhibit "3."**

9.       On March 24, 2021, Maglio sent a letter to Vision disputing Vision's allegation of a Force Majeure event; rejecting the revised pricing proposal; and demanding assurances that

Vision would comply with the original terms of the Sales Agreement.  A copy of Maglio's letter to Vision is attached hereto as **Exhibit "4."**

10.     As a result of Vision's unlawful failure and refusal to sell and ship limes to Maglio as required by the terms of the parties' Sales Agreement at issue, Maglio has been forced to purchase limes on the open market and has suffered cover damages in the amount of $297,324.00 through June 3, 2021 plus contractual attorney's fees.  An itemization of Maglio's damages is attached hereto as **Exhibit "5."**  It should be noted that the Sales Agreement contemplates shipments through December 31, 2021.  Accordingly, Maglio expressly reserves the right to amend its Formal Complaint to include any and all damages incurred from the date of this letter through December 31, 2021.

11.     The matter and actions set forth herein constitute violations by Vision of Section 2 of the PACA.

12.     There is now due and owing Maglio from Vision the amount of $297,324.00 plus contractual attorney's fees and the filing fee for this action.

WHEREFORE, Complainant, The Fresh Group Ltd. d/b/a Maglio McAllen,  prays that a copy of this Complaint be served upon the above-named Respondent and that it be required to answer the charges herein stated in writing within such time as the Secretary may require; that, upon the record made, either with or without formal hearing, as provided in the Act or in the regulations, and by appropriate order, the Complainant be awarded such amount of damages as it may be entitled to receive according to the facts established, and that the Secretary also make such other and further orders and take such disciplinary action contemplated by Section 8 of the Act as may be deemed fit and proper in the premises.

Dated this _18_ day of _August_, 2021.

THE FRESH GROUP LTD.
d/b/a MAGLIO McALLEN

By: _____

Paul Maglio, Director of Operations

STATE OF WISCONSIN     :
                       :
COUNTY OF MILWAUKEE :

      Paul Maglio, being first duly sworn, says that he has read the foregoing Complaint, knows the contents thereof, and that the same is true, except as to matters therein stated on information and belief, and as to such matters he believes them to be true, and that he is duly authorized to sign the Complaint on behalf of The Fresh Group Ltd. d/b/a Maglio McAllen.

_____
Paul Maglio, Director of Operations
The Fresh Group Ltd. d/b/a
Maglio McAllen

      Subscribed and sworn to before me this _19_ day of _August_, 2021.

_____
Notary Public

My Commission Expires: _June 9, 2022_

CAITIE BOWERS
Notary Public
State of Wisconsin

4

 

This Sales Agreement is entered into December 15, 2020 by and between Vision Import Group, LLC, 21 Main Street, Hackensack, NJ 07601 (the "Seller") and The Fresh Group, Ltd. d/b/a Maglio McAllen, 5000 George McVay Drive, McAllen, TX 78503 (the "Buyer") collectively "the Parties".

<u>1. Sale of Goods</u>

Seller shall make available for sale and Buyer shall purchase the following:
US#1 seedless Persian limes in 40 pound cartons sized as 175, 200, or 230ct. Each shipment may contain a combination of sizes provided that each carton contains only one size lime and each pallet contains all of the same size, appropriately labeled.

Quantity to be 1800 cartons per calendar week January-April 2021 and 2400 cartons per calendar week May-December 2021.

<u>2. Pricing</u>

Sale terms are DELIVERED Buyer's location in McAllen, TX as to grade, quality and condition and F.O.B Seller's location in Pharr, TX as to price.

Price will be $23.10 per carton for shipments made in the months of January, February, March and April 2021.

Price will be $13.10 per carton for shipments made in the months of May, June, July, August, September, October, November and December 2021.

<u>3. Payments</u>

Seller will invoice Buyer once product has been picked up. All invoices must be paid within 30 days.

<u>4. Inspection of Goods and Rejection</u>

Buyer is entitled to inspect the goods upon arrival. If the goods are unacceptable for any reason, Buyer shall provide evidence of the non-conformity to Seller. Buyer retains standard PACA rights on non-conforming deliveries.

Seller shall also comply with Buyer's food safety, indemnification and insurance requirements (attached hereto)

The Fresh Group, Ltd d/b/a Maglio McAllen
v. Vision Import Group, LLC
Formal Complaint - Exhibit 1

**5. Excuse for Delay or Failure to Perform**

Seller will not be liable to buyer for any delay, non-delivery or default of this agreement due to labor disputes, transportation shortage, delay or shortage of materials to produce the goods, fires, accidents, Acts of God, or any other causes outside of seller's control.

**6. Severability**

In the event any provision of this Agreement is deemed invalid or unenforceable, in whole or part, that part shall be severed from the remainder of the Agreement and all other provisions shall continue in full force and effect as valid and enforceable.

**7. Waiver**

The failure by either party to exercise any right, power or privilege under the terms of this Agreement will not be construed as a waiver of any subsequent or further exercise of right, power or privilege or the exercise of any other right, power or privilege.

**8. Remedies and Legal Fees**

In the event of a dispute over this agreement that results in legal action, the prevailing party will be entitled to its legal fees, including, but not limited to, it's attorneys' fees.

**9. Governing Law**

The Parties agree that this Agreement shall be governed by the laws of the State of Texas.

**10. Entire Agreement**

The Parties acknowledge and agree that this Agreement represents the entire agreement between the Parties. If the Parties desire to change, add. Or otherwise modify any terms, they shall do so in writing to be signed by both parties

The Parties agree to the terms and conditions set forth above as demonstrated by their signatures as follows:

**"SELLER"**
Signed: _____
By: _____ Tony Mitchell _____
Date: _____ 12/15/2020 _____

**"BUYER"**
Signed: _____
By: _____ Paul J. Maglio _____
Date: _____ 12/15/2020 _____

The Fresh Group, Ltd d/b/a Maglio McAllen
v. Vision Import Group, LLC
Formal Complaint - Exhibit 1

| | |
|---|---|
| **From:** | Raul Millan |
| **To:** | Paul J. Maglio; Tony Mitchell |
| **Cc:** | Ronnie Cohen |
| **Subject:** | RE: Maglio contract |
| **Date:** | Monday, March 22, 2021 11:28:06 AM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

Yes Paul

However –
If you need more fruit from us- we will do all possible to get you covered at mid mostly price of USDA – whether the price is higher or lower

We are REALLY short on fruit from our growers. Real short-



Thank You,



Raul Millan  **Principal**
p. 201 968 1190 | f. 201 968 1192 | m. 201 937 6994
e. raul@visionimportgroup.com | w. visionimportgroup.com
a. Court Plaza-West Wing, 21 Main Street Ste. 159, Hackensack NJ 07601

**From:** Paul J. Maglio <PJM@maglioproduce.com>
**Sent:** Monday, March 22, 2021 11:23 AM
**To:** Tony Mitchell <tony@visionimportgroup.com>
**Cc:** Raul Millan <raul@visionimportgroup.com>; Ronnie Cohen <ronnie@visionimportgroup.com>
**Subject:** RE: Maglio contract

Hi!

So just so I am clear, are you also taking down the amount of contracted fruit to 18 pallets per week as opposed to the 30 pallets in the signed contract?

Let me know!

**From:** Tony Mitchell <tony@visionimportgroup.com>

The Fresh Group, Ltd d/b/a Maglio
McAllen v. Vision Import Group, LLC
Formal Complaint - Exhibit 2

**Sent:** Monday, March 22, 2021 10:16 AM
**To:** Paul J. Maglio <PJM@maglioproduce.com>
**Cc:** Raul Millan <raul@visionimportgroup.com>; Ronnie Cohen <ronnie@visionimportgroup.com>
**Subject:** FW: Maglio contract

Paul

Thanks for taking the time this morning to review our position in reference to the lime situation.

As I mentioned on our call – the lime market is forecasted to be in the mid 30s for April (no change in march) – and in the mid 20s in May. June will be lower, mid teens.

In July we will probably see the lowest market- somewhere between 10.00 and 14.00 –

With the contract in place, we will never recoup profits for the balance of the year, as August is historically 18.00-24.00...

I already shared with you our position going forward if you choose to not partner with us in these losses. We are in the process of declaring force majeure for April thru May (possibly earlier) – getting all backup and making it legal.
If that is in place, that obviously will help you as well with your customer contracts as well.

Here is what I propose so that we can continue to service you and build on our relationship.

Beginning this week:

1 load per week- 35.10 until May 1 (anything above 18 pallets at market price)
1 load per week – 25.10 for the month of May (anything above 18 pallets at market price)
Regular contract volume needs – 16.10 June thru December

It's a wacky year- and I feel terrible not being able to honor the contract, but as I said on the call If I continue with your contract as is, there will be nothing for you to collect in 3 months.

I hope you can help us.



The Fresh Group, Ltd d/b/a Maglio
McAllen v. Vision Import Group, LLC
Formal Complaint - Exhibit 2

Thank You,



Raul Millan  **Principal**
p. 201 968 1190 | f. 201 968 1192 | m. 201 937 6994
e. raul@visionimportgroup.com | w. visionimportgroup.com
a. Court Plaza-West Wing, 21 Main Street Ste.159, Hackensack NJ
07601

The Fresh Group, Ltd d/b/a Maglio
McAllen v. Vision Import Group, LLC
Formal Complaint - Exhibit 2



March 23, 2021

To Whom it may concern:

Effective immediately we will be enacting a "Force Majeure" on limes due to lack of supply caused by abnormal weather conditions a couple of months ago in the Martinez De La Torre, Veracruz growing region. Due to the weather conditions our growers will have production delays until mid-June.  We can buy limes in other areas but at high prices.

We are asking that the following pricing that was emailed out on 3/22/2021 goes into effect immediately.

The market at this time has been in the $40-50.00 range and it has become a huge loss for us, but more importantly we do not have the volume to guarantee supply. With your cooperation to our proposal this would at least keep you with good supply at a price below the market.

Please review our proposal and advise us how to move forward.

Thank you for your consideration and as always, we cherish your partnership and look forward to your continued support.


Regards,

Raul Millan

The Fresh Group, Ltd d/b/a Maglio McAllen
v. Vision Import Group, LLC
Formal Complaint - Exhibit 3



4287 N Port Washington Road
Glendale, WI 53212

March 24, 2021

VIA EMAIL
Raul Millan
Vision Import Group, LLC

Re:     "Force Majeure" Notice

Raul

This responds to your March 23, 2021 notice "enacting a 'Force Majeure' on limes due to lack of supply cause by abnormal weather conditions a couple of months ago in the Martinez De La Torre, Veracruz growing region."  We do not accept this notice and do not agree that a force majeure event has occurred.  Accordingly, your additional proposal to modify our December 15, 2020 contract for the supply of limes for 2021, sent a day earlier, on March 22, 2021, is not acceptable and Maglio McAllen expects Vision Import Group to honor all terms and conditions of the contract.

We are not aware of any abnormal weather conditions in Veracruz, and your failure to identify a specific weather event, or even a specific time period when this event occurred, confirm your notice is just a pretext to try to re-negotiate pricing.  Of course, if you can provide more precise detail and documentation about this Act of God, including the timing and specific farms affected, we would review that information.  However, even if you could produce such information, nothing in our contract specified a particular source for the limes you agreed to supply.  Therefore, even if there were abnormal weather conditions in Veracruz that rose to a level of an Act of God (which we doubt), that would still not allow you to avoid your obligations to supply the limes at the prices and quantities that Vision agreed to supply.  In fact, your modified pricing proposal confirms that you could still supply the full quantities of contracted limes—you just want to renegotiate the price.

As I pointed out on our call last week and again on Monday, our relationship in the long term has been profitable to Vision.  The 2021 contract was negotiated on fair and agreeable terms.  We sincerely hope that Vision will reconsider its current course of action and choose to comply with the terms and conditions of the agreement going forward.  Maglio McAllen stands ready to uphold its side of the bargain, and we ask you to confirm in writing your intent to honor your obligations to supply the contracted limes at the agreed pricing.  In the meantime, however, we are reserving all rights, claims, and remedies.

Sincerely,

Paul Maglio

The Fresh Group, Ltd d/b/a Maglio McAllen
v. Vision Import Group, LLC
Formal Complaint - Exhibit 4

Vision Import

Cases per week

|  |  | J/F/M/A | $ 23.10 | All Other | $ 13.10 |
|--|--|--|--|--|--|
|  |  | 1800 |  |  |  |
|  |  | 2400 |  |  |  |

| Day | contract $ | qty del'd | cover qty | PPro # | cost | differential | total | running |
|---|---|---|---|---|---|---|---|---|
| 3/20/2021 | $ 23.10 | 0 | 420 | 239418 | $ 39.00 | $ (15.90) | $ (6,678.00) | $ (6,678.00) |
| 3/23/21 | $ 23.10 | 0 | 600 | 239505 | $ 39.00 | $ (15.90) | $ (9,540.00) | $ (16,218.00) |
| 3/23/21 | $ 23.10 | 0 | 600 | 239506 | $ 42.00 | $ (18.90) | $ (11,340.00) | $ (27,558.00) |
| 3/26/21 | $ 23.10 | 0 | 600 | 239579 | $ 40.00 | $ (16.90) | $ (10,140.00) | $ (37,698.00) |
| 3/30/21 | $ 23.10 | 0 | 420 | 239621 | $ 34.00 | $ (10.90) | $ (4,578.00) | $ (42,276.00) |
| 3/30/21 | $ 23.10 | 0 | 720 | 239634 | $ 33.00 | $ (9.90) | $ (7,128.00) | $ (49,404.00) |
| 3/31/21 | $ 23.10 | 0 | 240 | 239690 | $ 40.00 | $ (16.90) | $ (4,056.00) | $ (53,460.00) |
| 4/1/21 | $ 23.10 | 0 | 120 | 239689 | $ 45.00 | $ (21.90) | $ (2,628.00) | $ (56,088.00) |
| 4/1/21 | $ 23.10 | 0 | 300 | 239689 | $ 40.00 | $ (16.90) | $ (5,070.00) | $ (61,158.00) |
| 4/6/21 | $ 23.10 | 0 | 579 | 239817 | $ 42.00 | $ (18.90) | $ (10,943.10) | $ (72,101.10) |
| 4/7/21 | $ 23.10 | 0 | 141 | 239843 | $ 40.00 | $ (16.90) | $ (2,382.90) | $ (74,484.00) |
| 4/8/21 | $ 23.10 | 0 | 1080 | 239836 | $ 40.00 | $ (16.90) | $ (18,252.00) | $ (92,736.00) |
| 4/13/21 | $ 23.10 | 0 | 600 | 239977 | $ 40.00 | $ (16.90) | $ (10,140.00) | $ (102,876.00) |
| 4/13/2021 | $ 23.10 | 0 | 300 | 239982 | $ 40.00 | $ (16.90) | $ (5,070.00) | $ (107,946.00) |
| 4/15/2021 | $ 23.10 | 0 | 180 | 240030 | $ 37.50 | $ (14.40) | $ (2,592.00) | $ (110,538.00) |
| 4/15/2021 | $ 23.10 | 0 | 480 | 240065 | $ 40.00 | $ (16.90) | $ (8,112.00) | $ (118,650.00) |
| 4/16/2021 | $ 23.10 | 0 | 240 | 240074 | $ 40.00 | $ (16.90) | $ (4,056.00) | $ (122,706.00) |
| 4/17/2021 | $ 23.10 | 0 | 720 | 240111 | $ 40.00 | $ (16.90) | $ (12,168.00) | $ (134,874.00) |
| 4/20/2021 | $ 23.10 | 0 | 659 | 240124 | $ 40.00 | $ (16.90) | $ (11,137.10) | $ (146,011.10) |
| 4/22/2021 | $ 23.10 | 0 | 421 | 240213 | $ 42.00 | $ (18.90) | $ (7,956.90) | $ (153,968.00) |
| 4/26/2021 | $ 23.10 | 0 | 480 | 240303 | $ 42.00 | $ (18.90) | $ (9,072.00) | $ (163,040.00) |
| 4/28/2021 | $ 23.10 | 0 | 1080 | 240364 | $ 44.00 | $ (20.90) | $ (22,572.00) | $ (185,612.00) |
| 4/30/2021 | $ 23.10 | 0 | 240 | 240431 | $ 41.00 | $ (17.90) | $ (4,296.00) | $ (189,908.00) |
| 5/4/2021 | $ 13.10 | 0 | 600 | 240480 | $ 37.00 | $ (23.90) | $ (14,340.00) | $ (204,248.00) |
| 5/4/2021 | $ 13.10 | 0 | 600 | 240509 | $ 39.00 | $ (25.90) | $ (15,540.00) | $ (219,788.00) |
| 5/5/2021 | $ 13.10 | 0 | 600 | 240532 | $ 37.00 | $ (23.90) | $ (14,340.00) | $ (234,128.00) |
| 5/6/2021 | $ 13.10 | 0 | 600 | 240569 | $ 36.00 | $ (22.90) | $ (13,740.00) | $ (247,868.00) |
| 5/10/2021 | $ 13.10 | 0 | 60 | 240632 | $ 37.00 | $ (23.90) | $ (1,434.00) | $ (249,302.00) |
| 5/11/2021 | $ 13.10 | 0 | 60 | 240660 | $ 28.00 | $ (14.90) | $ (894.00) | $ (250,196.00) |

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

| Date | Rate | | Qty | Invoice | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 5/11/2021 | $ 13.10 | 0 | 1080 | 240647 | $ 26.00 | $ (12.90) | $ (13,932.00) | $ (264,128.00) |
| 5/12/2021 | 13.10 | 0 | 60 | 240709 | 42.00 | (28.90) | (1,734.00) | (265,862.00) |
| 5/12/2021 | 13.10 | 0 | 180 | 240709 | 34.00 | (20.90) | (3,762.00) | (269,624.00) |
| 5/13/2021 | 13.10 | 0 | 420 | 240749 | 23.00 | (9.90) | (4,158.00) | (273,782.00) |
| 5/13/2021 | 13.10 | 0 | 60 | 240742 | 32.00 | (18.90) | (1,134.00) | (274,916.00) |
| 5/18/2021 | 13.10 | 0 | 370 | 240810 | 24.00 | (10.90) | (4,033.00) | (278,949.00) |
| 5/18/2021 | 13.10 | 0 | 180 | 240811 | 24.00 | (10.90) | (1,962.00) | (280,911.00) |
| 5/18/2021 | 13.10 | 0 | 540 | 240833 | 23.00 | (9.90) | (5,346.00) | (286,257.00) |
| 5/20/2021 | 13.10 | 0 | 1200 | 240917 | 20.50 | (7.40) | (8,880.00) | (295,137.00) |
| 5/20/2021 | 13.10 | 0 | 60 | 240917 | 24.00 | (10.90) | (654.00) | (295,791.00) |
| 5/21/2021 | 13.10 | 0 | 50 | 240923 | 32.00 | (18.90) | (945.00) | (296,736.00) |
| 5/25/2021 | 13.10 | 0 | 360 | 241026 | 14.00 | (0.90) | (324.00) | (297,060.00) |
| 5/25/2021 | 13.10 | 0 | 300 | 241026 | 12.00 | 1.10 | 330.00 | (296,730.00) |
| 5/25/2021 | 13.10 | 0 | 720 | 241027 | 15.00 | (1.90) | (1,368.00) | (298,098.00) |
| 5/26/2021 | 13.10 | 0 | 600 | 241080 | 14.00 | (0.90) | (540.00) | (298,638.00) |
| 5/27/2021 | 13.10 | 0 | 180 | 241097 | 17.50 | (4.40) | (792.00) | (299,430.00) |
| 5/27/2021 | 13.10 | 0 | 240 | 241101 | 14.00 | (0.90) | (216.00) | (299,646.00) |
| 6/1/2021 | 13.10 | 0 | 120 | 241162 | 15.00 | (1.90) | (228.00) | (299,874.00) |
| 6/1/2021 | 13.10 | 0 | 600 | 241170 | 12.00 | 1.10 | 660.00 | (299,214.00) |
| 6/1/2021 | 13.10 | 0 | 600 | 241171 | 12.00 | 1.10 | 660.00 | (299,214.00) |
| 6/3/2021 | 13.10 | 0 | 300 | 241231 | 11.00 | 2.10 | 630.00 | (298,584.00) |
| 6/3/2021 | 13.10 | 0 | 480 | 241252 | 10.00 | 3.10 | 1,488.00 | (297,096.00) |
| 6/3/2021 | 13.10 | 0 | 60 | 241233 | 17.00 | (3.90) | (234.00) | (297,330.00) |
| 6/3/2021 | 13.10 | 0 | 60 | 241233 | 13.00 | 0.10 | 6.00 | (297,324.00) |
| 6/3/2021 | 13.10 | 0 | 120 | 241230 | 15.00 | (1.90) | (228.00) | (297,324.00) |

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
MAR 2 2 2021

**Invoice# SP 227197**

Ship Date
03/20/2021
Printed
03/22/2021 16:55

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

**227197**

Terms: 21 Days
Ship Terms: FOB

Trailer Number  JPUN3742 TX
Driver's License  40493570 TX
MIKE SAUCEDO
956-683-5561

Carrier  ALVAREZ PRODUCE

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| CHULA BRA | | | 420 | Persian Lime 38 Lb. Box 230 | Salesperson DENIS | 39.0000 | 16,380.00 |
| Pallets In | | | 420 | Quantity | | | |
| Pallets Out | | | | | | $ | 16,380.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.



MAR 2 6 2021
BY 145D35

MAILED
APR 0 8 2021
MAR 2 6 2021
BY 145035



239418

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Sunrise Produce, LLC**

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

Invoice# SP 227513

Ship Date
03/24/2021
Printed
03/25/2021 09:02

RECEIVED
MAR 2 5 2021

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

227513

Terms: 21 Days
Ship Terms: FOB

| Label/Reference Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA BRAMX | | 19 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 741.00 |
| CHULA BRAMX | | 41 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 1,599.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 60 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 2,340.00 |
| CHULA BRAMX | | 24 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 936.00 |
| CHULA BRAMX | | 113 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 4,407.00 |
| CHULA BRAMX | | 43 | Persian Lime 38 Lb. Box 230 | | 39.0000 | 1,677.00 |

Pallets In _____
Pallets Out _____

600 Quantity

$ 23,400.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.



PAID
APR 0 6 2021
BY: 145101

MAILED
APR 1 3 2021

239505

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

RECEIVED
MAR 2 6 2021

# INVOICE

Invoice #: 63227
Invoice: Mar 24, 2021
Ship:   Mar 24, 2021
Pay Terms: NET 21

Sold To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: FOB | Salesperson: MATTHEW CATANIA | Carrier: |
| Order: Mar 23, 2021 | Via: | Trailer lic:    St: |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 230'S #1 EMERALD EMPIRE | 600 | ctn | 42.00 | 25,200.00 |
| INVOICE TOTAL: | 600 | | | 25,200.00 |

MAILED
APR 0 8 2021


PAID
APR 0 6 2021
BY: 145088

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

239506

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**
701 N International Blvd Ste101-1712
Hidalgo. TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED

MAR 3 0 2021



INVOICE

| BILL TO | | | INVOICE # PR205 |
| --- | --- | --- | --- |
| Mr. George Guzman | | | DATE 03/26/2021 |
| Maglio McAllen | | | DUE DATE 04/16/2021 |
| 5000 George McVay Dr Ste 400. | | | |
| McAllen. Texas  78557 USA | | | |

CUSTOMER PO#
239579

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| | Persian Limes 230's | 120 | 40.00 | 4.800.00 |
| | Persian Limes 230's | 480 | 40.00 | 19,200.00 |

BALANCE DUE                    **$24,000.00**

MAILED

APR 0 8 2021



PAID

APR 0 6 2021

BY: 14509

mega
produce

Mega Produce LLC
6001 S International Pkwy.
McAllen, TX 78503, USA

Phone: (956) 739 5700
Fax: 956 739 5700
Whse.

Invoice #   **0030302**
Date:        03/30/2021
Ship:        03/30/2021
Pay Terms:   30 Days

**Sold To**   MAGLIO MCALLEN
              5000 George McVay Dr Ste 400.
              Mcallen, TX 78503, USA

RECEIVED
APR 0 2 2021

Salesperson: Oscar Duran
Cust. PO:

Truck Name: MEGA
Trailer Lic: MJW5023
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

**Ship To**   MAGLIO MCALLEN
              5000 George McVay Dr Ste 400.
              MCALLEN, TX 78503, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 230 Generic. [ Product of Mexico ] | 424 | ctn | 34.0000 | 14,416.00 |
| Total | 424 | | | 14,416.00 |

Invoice Total                                                                14,416.00

MAILED
PAID
APR I 9 2021
BY: 145253

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust by section 5 © of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e © The seller of these commodities retains a trust claim over these commodities and any receivables of proceeds from the sale of these commodities until full payment is received. interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's fees due to de seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within 24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

234631

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



**D PRODUCE COMPANY**

D Produce Company, LLC
2600 S Douglas Rd, Suite 510
Coral Gables FL 33134
United States

RECEIVED
APR 09 2021

The Fresh Group Limited
4287 N Port Washington Road
Glendale WI 53212
United States

Invoice SO01087

| Invoice Date: | Due Date: | Source: | Reference: | Incoterm: |
|---|---|---|---|---|
| 03/30/2021 | 04/20/2021 | SO01087 | 239634 | FOB |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| [LIMX230] Limes 230's | 90.000 Box(s) | 33.00 | | $ 2,970.00 |
| [LIMX230] Limes 230's | 180.000 Box(s) | 33.00 | | $ 5,940.00 |
| [LIMX230] Limes 230's | 330.000 Box(s) | 33.00 | | $ 10,890.00 |
| [LIMX230] Limes 230's | 120.000 Box(s) | 33.00 | | $ 3,960.00 |

| | | |
|---|---|---|
| Subtotal | | $ 23,760.00 |
| Total | | $ 23,760.00 |

Please use the following communication for your payment : **SO01087**

Payment terms: 21 Days



MAILED
APR 14 2021

PAID
APR 12 2021
BY: 145161

239634

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

RECEIVED

APR 0 1 2021

# INVOICE

Invoice #: 63285
Invoice: Mar 31, 2021
Ship: Mar 31, 2021
Pay Terms: NET 21

Sold To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Page 1 of 1

| Sale Terms: FOB | Salesperson: MATTHEW CATANIA | Carrier: | |
| Order: Mar 31, 2021 | Via: | Trailer lic: | St: |
| Cust PO: 00239690 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 230'S #1 EMERALD EMPIRE | 240 | ctn | 40.00 | 9,600.00 |
| LIMES CTNS 175'S #1 EMERALD EMPIRE | 60 | ctn | 47.00 | 2,820.00 |
| INVOICE TOTAL: | 300 | | | 12,420.00 |

MAILED

APR 1 4 2021


PAID
APR 1 2 2021
BY: 145160

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

23 2696



The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

RECEIVED
APR 0 2 2021

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

**Invoice# SP 228232**

Ship Date
**04/01/2021**
Printed
**04/02/2021 14:20**

**228232**

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GDG-5249-WI
Driver's Licens  08615327-TX
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|---|
| CHULA BRA | | | 300 | Persian Lime 38 Lb. Box 230 | | 40.0000 | 12,000.00 |
| CHULA BRA | | | 120 | Persian Lime 38 Lb. Box 200 | | 45.0000 | 5,400.00 |
| CHULA BRAMX | | | 60 | Persian Lime 38 Lb. Box 150 | | 45.0000 | 2,700.00 |
| Pallets In _____ | | | 480 Quantity | | | | $ 20,100.00 |
| Pallets Out _____ | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these
commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
APR 2 0 2021


PAID
APR 1 2 2021
BY: 145176

2 37069

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Dominguez Fresh Produce, LLC
1908 Tanya Ave.
McAllen, TX 78503, USA

Phone: (956) 630-6171
Fax: 956 630-9425
Whse:

dominguezproduce@gmail.com

**Invoice #   0035580**
Date:        04/07/2021
Ship:        04/06/2021
Pay Terms:   15 Days

RECEIVED
APR 0 8 2021

| | | |
|---|---|---|
| Sold To | SAM, MAGLIO<br>4287 N Port Washington Rd, 53212 Milwaukee,<br>United States<br>Milwaukee, WI 53212, USA | Salesperson: Victor Dominguez<br>Cust. PO: |
| | | Truck Name: GD65249<br>Trailer Lic: GD65249 |
| Ship To | MAGLIO PRODUCE<br>4287 N Port Washington Rd, 53212 Milwaukee,<br>United States<br>Milwaukee, WI 53212, USA | Broker:<br>Ship Terms: FOB<br>Shipped From: McAllen, Texas |

Page   1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| CILANTRO  Plastic 60's Dominguez  [ Product of Mexico ] | 51 | Rpc | 8.0000 | 408.00 |
| HOT PEPPER Jalapeno Plastic Box  XL Generic  [ Product of Mexico ] | 50 | ctn | 20.0000 | 1,000.00 |
| LIME PERSIAN 38 LB CARTON 230 CT YAMILIME  [ Product of Mexico ] | 120 | Box | 42.0000 | 5,040.00 |
| TOMATILLO HUSK Plastic Box  LGR Dominguez  [ Product of Mexico ] | 9 | ctn | 13.5000 | 121.50 |
| TOMATILLO PEELED Plastic Box  LGR Dominguez  [ Product of Mexico ] | 14 | ctn | 17.0000 | 238.00 |
| Total | 244 | | | 6,807.50 |

| | |
|---|---|
| Invoice Total | 6,807.50 |

MAILED
APR 1 ? 2021

PAID
APR 1 2 2021
BY: 145162

price on
aoact

2 invoices

28,437.50

March 2017
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities Act, 1930 (7 U.S.C 499 E (C)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours. Interest will accrue on any past-due balance at the rate of 1 and 1/2 percent per month(18% per annum) buyer agrees to pay all cost of collection including attorney's feesand costs as additional sums owed in conection with this transaction in the event collection action becomes necessary.
PAYMENT TERMS: PACA PAYMENT PROMPTLY.

239815 / 8M

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Dominguez Fresh Produce, LLC
1908 Tanya Ave.
McAllen, TX 78503, USA

Phone: (956) 630-6171
Fax: 956 630-9425
Whse:

RECEIVED
APR 08 2021

dominguezproduce@gmail.com

**Invoice #** 0035570
Date: 04/08/2021
Ship: 04/07/2021
Pay Terms: 15 Days

Sold To   SAM, MAGLIO
4287 N Port Washington Rd, 53212 Milwaukee,
United States
Milwaukee, WI 53212, USA

Salesperson: Victor Dominguez
Cust. PO:

Ship To   MAGLIO PRODUCE
4287 N Port Washington Rd, 53212 Milwaukee,
United States
Milwaukee, WI 53212, USA

Truck Name: GD65249
Trailer Lic: GD65249
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| LIME PERSIAN 38 LB CARTON 200 CT YAMILIME  [ Product of Mexico ] | 56 | Box | 42.0000 | 2,352.00 |
| LIME PERSIAN 38 LB CARTON 230 CT YAMILIME  [ Product of Mexico ] | 459 | Box | 42.0000 | 19,278.00 |
| Total | 515 | | | 21,630.00 |

Invoice Total

21,630.00



MAILED
APR 14 2021

PAID
APR 12 2021
BY: 145142

March 2017
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities Act, 1930 (7 U.S.C 499 E (C)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours. Interest will accrue on any past-due balance at the rate of 1 an 1/2 percent per month(18% per annum) buyer agrees to pay all cost of collection including attorney's feesand costs as additional sums owed in conection with this transaction in the event collection action becomes necessary.
PAYMENT TERMS. PACA PAYMENT PROMPTLY

2398M + 239815

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

Limex Sicar Ltd. Co
6700 S BENTSEN RD
MCALLEN TX 78501

RECEIVED
APR 30 2021

# INVOICE

Invoice #:  104002
Invoice: 4/8/2021
Ship:    4/7/2021
Pay Terms:  NET 21

Sold To: THE FRESH GROUP LTD
4287 N. PORT WASHINGTON RD
GLENDALE WI 53212
USA

Ship To: THE FRESH GROUP LTD
4287 N. PORT WASHINGTON RD
GLENDALE WI 53212
USA

Page 1 of 1

| Sale Terms: F.O.B. | Salesperson: JULISSA LUNA | Carrier: MAGLIO | |
|---|---|---|---|
| Order: 4/6/2021 | Via:  Truck | Trailer lic: | St: |
| Cust PO: 239843 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| PERSIAN LIME 230'S CARTON MEXICO MEXICO | 600 | ctn | 40.00 | 24,000.00 |
| INVOICE TOTAL: | 600 | | | 24,000.00 |

MAILED
MAY 0 4 2021



PAID
MAY 0 3 2021
BY: 14544

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

239843

Limex Sicar Ltd. Co
6700 S BENTSEN RD
MCALLEN TX 78501

# INVOICE

RECEIVED
APR 09 2021

Invoice #:  103975
Invoice: 4/9/2021
Ship:    4/7/2021
Pay Terms:  NET 21

Sold To: THE FRESH GROUP LTD
4287 N. PORT WASHINGTON RD
GLENDALE WI 53212
USA

Ship To: THE FRESH GROUP LTD
4287 N. PORT WASHINGTON RD
GLENDALE WI 53212
USA

Page 1 of 1

| Sale Terms: F.O.B. | Salesperson: JULISSA LUNA | Carrier: MAGLIO | |
| Order: 4/6/2021 | Via: Truck | Trailer lic: | St: |
| Cust PO: 239836 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| PERSIAN LIME 230'S CARTON MEXICO MEXICO | 1080 | ctn | 40.00 | 43,200.00 |
| INVOICE TOTAL: | 1080 | | | 43,200.00 |

MAILED
APR 20 2021

APR 19 2021
PD 145250



---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

Invoice# SP 229278

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
APR 14 2021

Ship Date
04/13/2021
Printed
04/14/2021 14:13

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

229278

Terms: 21 Days
Ship Terms: FOB

Trailer Number  CD-652Y9-WI
Driver's Licens  08615327-TX
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|---|
| CHULA BRA | MX | | 457 | Persian Lime 38 Lb. Box 230 | | 40.0000 | 18,280.00 |
| CHULA BRA | MX | | 33 | Persian Lime 38 Lb. Box 230 | | 40.0000 | 1,320.00 |
| CHULA | MX | | 110 | Persian Lime 38 Lb. Box 230 | | 40.0000 | 4,400.00 |

Pallets In _____
Pallets Out _____

600 Quantity

$ 24,000.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
APR 27 2021

PAID
APR 26 2021
BY: 145 337



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

RECEIVED
APR 14 2021

# INVOICE

Invoice #:  63385
Invoice: Apr 12, 2021
Ship:     Apr 12, 2021
Pay Terms:  NET 21

Sold To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Page 1 of 1

Sale Terms:  FOB          Salesperson: MATTHEW CATANIA   Carrier:
Order: Apr 12, 2021       Via:                            Trailer lic:            St:
Cust PO: 239982           Currency: USD                   Broker:

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 150'S #1 EMERALD EMPIRE | 60 | ctn | 49.00 | 2,940.00 |
| LIMES CTNS 230'S #1 OTHER | 300 | ctn | 40.00 | 12,000.00 |
| LIMES CTNS 250'S #1 EMERALD EMPIRE | 240 | ctn | 33.00 | 7,920.00 |
| INVOICE TOTAL: | 600 | | | 22,860.00 |

MAILED
APR 2 7 2021



PAID
APR 2 6 2021
BY: 145318

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



# INVOICE

Tom Lange Company Inc
500 N Broadway
Ste1320
St Louis MO 63102
United States

Invoice #: 113-18-414543
Invoice Date: Apr 14, 2021
Ship Date: Apr 14, 2021
Pay Terms: 10 Days

RECEIVED
APR 19 2021

**Sold To:** Maglio Companies
4287 N Port Washington Rd
Milwaukee WI 53212-1031
United States

**Ship To:** Maglio Companies
4287 N Port Washington Rd
Milwaukee WI 53212-1031
United States

| Sale Terms : FOB | Salesperson : Raul Munoz (113) | Cust ID : 18433 |
|---|---|---|
| Currency : USD | Load # : 113-18 | Cust PO : 240030 |

| Description | Origin | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|
| Lime Persian 230's 40# Cartons | MEX | 360 | ctn | 37.50 | 13,500.00 |

| | |
|---|---|
| INVOICE TOTAL: | $13,500.00 |
| PAYMENT: | $0.00 |
| BALANCE: | $13,500.00 |



MAILED
APR 27 2021

APR 26 2021

BY: 145338

*Please return a copy of this invoice with your remittance – Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due under this invoice, seller shall be entitled to reimbursement of costs and all attorney's fees incurred thereby in addition to any other damages allowed by law. A finance charge calculated at the rate of 1.5% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts. Deposit of a check for less than full amount of this invoice shall not constitute an accord and satisfaction nor a full settlement of this invoice without prior written agreement. Procurement of transportation may include a fee on freight charges on goods strictly transported.

240030

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

Page 1 of 1

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

RECEIVED
APR 16 2021

# INVOICE

Invoice #:  63419
Invoice: Apr 15, 2021
Ship:   Apr 15, 2021
Pay Terms:  NET 21

Sold To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
4287 N.PORT WASHINGTON ROAD.
GLENDALE WISCONSIN 53212

Page 1 of 1

| Sale Terms:  FOB | Salesperson: MATTHEW CATANIA | Carrier: | |
| Order: Apr 15, 2021 | Via: | Trailer lic: | St: |
| Cust PO: 240065 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- |
| LIMES CTNS 230'S #1 OTHER | 480 | ctn | 40.00 | 19,200.00 |
| LIMES CTNS 150'S #1 OTHER | 120 | ctn | 49.00 | 5,880.00 |
| INVOICE TOTAL: | 600 | | | 25,080.00 |



MAILED
APR 27 2021

APR 26 2021
145315

**Please return a copy of this invoice with your remittance - Thank You**
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**D PRODUCE COMPANY**

D Produce Company, LLC
2600 S Douglas Rd, Suite 510
Coral Gables FL 33134
United States

RECEIVED
APR 2 7 2021

The Fresh Group Limited
4287 N Port Washington Road
Glendale WI 53212
United States

# Invoice SO01191

| Invoice Date: | Due Date: | Source: | Incoterm: |
|---|---|---|---|
| 04/15/2021 | 05/06/2021 | SO01191 | FOB |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| [LIMX230] Limes 230's | 240.000 Box(s) | 40.0000 | | $ 9,600.00 |
| | | Subtotal | | $ 9,600.00 |
| | | Total | | $ 9,600.00 |

Please use the following communication for your payment : **SO01191**

Payment terms: 21 Days



MAILED
APR 2 7 2021

APR 2 6 2021
BY: 145321

---

Phone: +1 786 796 0230   Email: info@dproduceco.com   Web: http://www.dproduceco.com   Tax ID: 37-1952266

Page: 1 / 1


240074

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Anavale Produce
801 Bona Terra Dr, Suite 190
Pharr TX 78577
United States

RECEIVED

APR 19 2021

MAGLIO PRODUCE
5000 George McVay Dr Ste 400
McAllen 78503

# Invoice INV/2021/0976

| Invoice Date: | Due Date: | Source: |
|---|---|---|
| 04/19/2021 | 05/19/2021 | S44103 |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| LIME (230) | 568.000 | 40.00 | | $ 22,720.00 |
| LIME (230) | 152.000 | 40.00 | | $ 6,080.00 |
| | | Subtotal | | $ 28,800.00 |
| | | Total | | $ 28,800.00 |

Please use the following communication for your payment : **INV/2021/0976**

Payment terms: 30 Days

MAILED

MAY 11 2021



MAY 10 2021

145479

---

Phone: 956 682 2421   Email: admin@anavaleproduce.com   Web: http://anavaleproduce.com

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products deriv̶e̶d̶ ̶f̶r̶o̶m̶ ̶t̶h̶e̶s̶e̶ ̶c̶o̶m̶m̶o̶d̶i̶t̶i̶e̶s̶,̶ ̶a̶n̶d̶ ̶a̶n̶y̶ ̶r̶e̶c̶e̶ivables

The Fresh Group Ltd. dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

**Mega Produce LLC**
6001 S International Pkwy,
McAllen, TX 78503, USA

Phone: (956) 739 5700
Fax: 956 739 5700
Whse:

RECEIVED
APR 2 1 2021

**Invoice #   0030369**
Date:    04/20/2021
Ship:    04/20/2021
Pay Terms:    30 Days

**Sold To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400,
Mcallen, TX 78503, USA

Salesperson: Oscar Duran
Cust. PO:

**Ship To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400
MCALLEN, TX 78503, USA

Truck Name: MAGLIO
Trailer Lic: 6A65249
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

Page   1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 110 Generic  [ Product of Mexico ] | 17 | ctn | 46.0000 | 782.00 |
| Limes Lime 40 Lb carton 150 Generic  [ Product of Mexico ] | 83 | ctn | 46.0000 | 3,818.00 |
| Limes Lime 40 Lb carton 200 Generic  [ Product of Mexico ] | 180 | ctn | 42.0000 | 7,560.00 |
| Limes Lime 40 Lb carton 230 Generic  [ Product of Mexico ] | 659 | ctn | 40.0000 | 26,360.00 |
| Total | 939 | | | 38,520.00 |

Invoice Total

38,520.00



MAILED
MAY 1 1 2021

MAY 1 0 2021
145949

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust by section 5 ( c ) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e
( c) The seller of these commodities retains a trust claim over these commodities and any receivables of proceeds from the sale of these commodities until full payment is received.
Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's
fees due to de seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within
24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

2B 240124

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Sunrise Produce, LLC**

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

Invoice# SP 230178

Ship Date
04/22/2021

RECEIVED
APR 27 2021

Printed
04/26/2021 19:08

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

230178

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GD65249 WI
Driver's Liecns  08615327 TX
JOSE TREVINO
956-739-5179

Carrier  MAGLIO TRASNPORT

| Label/Reference  Ctry | Ctn/Bin  Quantity | Product Description   Salesperson DENIS | Price | Extension |
|---|---|---|---|---|
| CHULA BRAMX | 480 | Persian Lime 38 Lb. Box 230 | 42.0000 | 20,160.00 |
| Pallets In | 480 | Quantity | | |
| Pallets Out | | | $ 20,160.00 | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
MAY 0 4 2021

PAID
MAY 0 3 2021
BY: 145424

240213

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Mega Produce LLC
6001 S International Pkwy,
McAllen, TX 78503, USA

RECEIVED
APR 28 2021

Phone: (956) 739 5700
Fax: 956 739 5700
Whse:

**Invoice #   0030390**
Date:   04/27/2021
Ship:   04/27/2021
Pay Terms:   30 Days

**Sold To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400.
Mcallen, TX 78503, USA

Salesperson: Oscar Duran
Cust. PO:

Truck Name: MEGA
Trailer Lic:
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

**Ship To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400
MCALLEN, TX 78503, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 110 Generic  [ Product of Mexico ] | 22 | ctn | 52.0000 | 1,144.00 |
| Limes Lime 40 Lb carton 150 Generic  [ Product of Mexico ] | 38 | ctn | 52.0000 | 1,976.00 |
| Limes Lime 40 Lb carton 175 Generic  [ Product of Mexico ] | 173 | ctn | 50.0000 | 8,650.00 |
| Limes Lime 40 Lb carton 230 Generic  [ Product of Mexico ] | 480 | ctn | 42.0000 | 20,160.00 |
| Total | 713 | | | 31,930.00 |

Invoice Total                                                                 31,930.00

MAILED
MAY 1 8 2021


PAID
MAY 1 7 2021
BY: 145569

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)) The seller of these commodities retains a trust claim over these commodities and any receivables of proceeds from the sale of these commodities until full payment is received. Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's fees due to de seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within 24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

240 303

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**

701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
APR 29 2021



INVOICE

BILL TO                                              INVOICE # PR238
Mr. George Guzman                                         DATE 04/28/2021
Maglio McAllen                                        DUE DATE 05/19/2021
5000 George McVay Dr Ste
400.
McAllen, Texas  78557 USA

CUSTOMER PO#
240364

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
|      | Persian Limes 230's | 1,080 | 44.00 | 47,520.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**BALANCE DUE**

**$47,520.00**



MAILED

MAY 1 1 2021

MAY 1 0 2021

145490

240364

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

3201

**Invoice# SP 230906**

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED

MAY 0 4 2021

Ship Date
**04/30/2021**
Printed
05/03/2021 16:23

230906

| | |
|---|---|
| **Bill To:** | **Ship To:** |
| Maglio & Company | Maglio & Company |
| 4287 N Port Washington Rd. | 4287 N Port Washington Rd. |
| Milwaukee, WI 53212 | Milwaukee, WI 53212 |
| | Ph 1-(414) 906-8800  Fax 1-(414) 906-8810 |

Terms: 21 Days
Ship Terms: FOB

PO#  240431

Trailer Number  GD65249 WT
Driver's Licens  08615327 TX
JOSE TREVINO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | **Salesperson DENIS** | Price | Extension |
|---|---|---|---|---|---|---|---|
| | MX | | 300 | Persian Lime 38 Lb. Box 230 | | 41.0000 | 12,300.00 |

Pallets In _____
Pallets Out _____

300 Quantity

$  12,300.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.



MAILED

MAY 1 1 2021

MAY 1 0 2021

145501

240431

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Anavale Produce
801 Bona Terra Dr. Suite 190
Pharr TX 78577
United States

RECEIVED

MAY 0 5 2021

MAGLIO PRODUCE
5000 George McVay Dr Ste 400
McAllen 78503

# Invoice INV/2021/1176

| Invoice Date: | Due Date: | Source: |
|---|---|---|
| 05/05/2021 | 06/04/2021 | S44318 |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| LIME (230) | 50.000 | 37.00 | | $ 1,850.00 |
| LIME (230) | 550.000 | 37.00 | | $ 20,350.00 |

| | |
|---|---|
| Subtotal | $ 22,200.00 |
| Total | $ 22,200.00 |

Please use the following communication for your payment : **INV/2021/1176**

Payment terms: 30 Days

MAILED

MAY 2 6 2021

PAID

MAY 2 4 2021

BY: 145028

Phone: 956 682 2421  Email: admin@anavaleproduce.com  Web: http://anavaleproduce.com

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived The Fresh Group Ltd, dba Maglio vables

v. Vision Import Group, LLC

Formal Complaint - Exhibit 5

Produce Solutions LLC
701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
MAY 0 5 2021



INVOICE

**BILL TO**

Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste 400.
McAllen, Texas  78557 USA

INVOICE # PR243
DATE 05/04/2021
DUE DATE 05/25/2021

**CUSTOMER PO#**
240509

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Persian Limes 230's | 600 | 39.00 | 23,400.00 |
| | Anaheim | 4 | 18.00 | 72.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

BALANCE DUE

$23,472.00

MAILED
MAY 1 8 2021

PAID
MAY 1 7 2021
BY: 14557

240509

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Invoice# SP 231321**

## Sunrise Produce, LLC

5125 Honduras Ave.

McAllen, TX 78503

Phone 956-843-1110

RECEIVED

MAY 0 6 2021

Ship Date
05/05/2021
Printed
05/06/2021 14:00

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

**231321**

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GD-65249-WI
Driver's Licens  0861537-TX
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA BRA | | | 180 Persian Lime 38 Lb. Box 200 | | 41.0000 | 7,380.00 |
| | | | 600 Persian Lime 38 Lb. Box 230 | | 37.0000 | 22,200.00 |
| Pallets In | | | 780 Quantity | | $ | 29,580.00 |
| Pallets Out | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED

MAY 1 8 2021



PAID

MAY 1 7 2021

BY: 145575

240532

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5



Mega Produce LLC
6001 S International Pkwy,
McAllen, TX 78503, USA

Phone: (956) 739 5700
Fax: 956 739 5700
Whse:

RECEIVED

MAY 0 7 2021

**Invoice #   0030422**

Date:        05/08/2021
Ship:        05/06/2021
Pay Terms:      30 Days

**Sold To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400.
Mcallen, TX 78503, USA

**Ship To**   MAGLIO MCALLEN
5000 George McVay Dr Ste 400.
MCALLEN, TX 78503, USA

Salesperson: Oscar Duran
Cust. PO:

Truck Name: MEGA
Trailer Lic: MEGA
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 230 Generic  [ Product of Mexico ] | 600 | c/n | 36.0000 | 21,600.00 |
| Total | 600 | | | 21,600.00 |

| Invoice Total | | | | 21,600.00 |
|---|---|---|---|---|



MAILED
MAY 2 6 2021

PAID
MAY 2 4 2021
BY: 145637

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 © of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e
©) The seller of these commodities retains a trust claim over these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's
fees due to de seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within
24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

2 45569

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

# Sunrise Produce, LLC

Invoice# SP 231755

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
MAY 18 2021

Ship Date
05/10/2021
Printed
05/17/2021 22:10

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

231755

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GDG-52Y9-WI
Driver's Licens  08615327-TX
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference  Ctry | Ctn/Bin | Quantity Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|
| CHULA BRAMX | | 60 Persian Lime 38 Lb. Box 200 | | 37.0000 | 2,220.00 |
| Pallets In | | 60 Quantity | | | |
| Pallets Out | | | | $ | 2,220.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
MAY 2 6 2021



PAID
MAY 2 4 2021
BY: 145645

24032

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

# Sunrise Produce, LLC

Invoice# SP 231811

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
MAY 12 2021

Ship Date
05/11/2021
Printed
05/11/2021 20:34

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

231811

Terms: 21 Days
Ship Terms: FOB

Trailer Number   GD-65249-WI
Driver's Licens   08615327-TX
JOSE TREVINO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA BRAMX | | | 80 Persian Lime 38 Lb. Box 250 | | 23.0000 | 1,840.00 |
| CHULA BRA | | | 120 Persian Lime 38 Lb. Box 150 | | 48.0000 | 5,760.00 |
| CHULA BRAMX | | | 60 Persian Lime 38 Lb. Box 230 | | 28.0000 | 1,680.00 |
| Pallets In | | | 260 Quantity | | | |
| Pallets Out | | | | | | $ 9,280.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
MAY 2 8 2021


PAID
MAY 2 4 2021
BY: 145645



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



**D PRODUCE COMPANY**

D Produce Company, LLC
2600 S Douglas Rd, Suite 510
Coral Gables FL 33134
United States

RECEIVED
MAY 2 4 2021

The Fresh Group Limited
4287 N Port Washington Road
Glendale WI 53212
United States

Invoice SO01302

| Invoice Date: | Due Date: | Source: | Incoterm: |
|---|---|---|---|
| 05/11/2021 | 06/01/2021 | SO01302 | FOB |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| [LIMX230] Limes 230's | 17.000 Box(s) | 26.0000 | | $442.00 |
| [LIMX230] Limes 230's | 287.000 Box(s) | 26.0000 | | $7,462.00 |
| [LIMX230] Limes 230's | 776.000 Box(s) | 26.0000 | | $20,176.00 |

| | |
|---|---|
| Subtotal | $28,080.00 |
| Total | $28,080.00 |

Please use the following communication for your payment : **SO01302**

Payment terms: 21 Days

MAILED
JUN 0 4 2021


PAID
JUN 1 - 2021
BY: 145709

242047

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

# INVOICE

Invoice #: 63616
Invoice: May 12, 2021
Ship:    May 12, 2021
Pay Terms: NET 21

Sold To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Page 1 of 1

| Sale Terms: FOB | Salesperson: MATTHEW CATANIA | Carrier: | |
| Order: May 12, 2021 | Via: | Trailer lic: | St: |
| Cust PO: 240709 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 175'S #1 EMERALD EMPIRE | 60 | ctn | 42.00 | 2,520.00 |
| LIMES CTNS 200'S #1 EMERALD EMPIRE | 180 | ctn | 34.00 | 6,120.00 |
| INVOICE TOTAL: | 240 | | | 8,640.00 |

MAILED
MAY 2 6 2021

PAID
MAY 2 4 2021
BY: 145630



*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

240709

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5



Mega Produce LLC
6001 S International Pkwy,
McAllen, TX 78503, USA

Phone: (956) 739 5700
Fax: 956 739 5700
Whse:

RECEIVED
MAY 1 4 2021

**Invoice #   0030441**

Date:        05/13/2021
Ship:        05/13/2021
Pay Terms:        30 Days

| | |
|---|---|
| **Sold To** | MAGLIO MCALLEN<br>5000 George McVay Dr Ste 400,<br>Mcallen, TX 78503, USA |

Salesperson: Oscar Duran
Cust. PO:

| | |
|---|---|
| **Ship To** | MAGLIO MCALLEN<br>5000 George McVay Dr Ste 400,<br>MCALLEN, TX 78503, USA |

Truck Name: MEGA
Trailer Lic: .
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 230 Generic  [ Product of Mexico ] | 420 | ctn | 23.0000 | 9,660.00 |
| Total | 420 | | | 9,660.00 |
| **Invoice Total** | | | | 9,660.00 |

MAILED
JUN 0 4 2021



PAID
JUN 1 - 2021
BY: 145718

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust by section 5 © of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e © ) The seller of these commodities retains a trust claim over these commodities and any receivables of proceeds from the sale of these commodities until full payment is received. Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's fees due to de seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within 24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

240749

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Sunrise Produce, LLC**

**Invoice# SP 232010**

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
MAY 27 2021

Ship Date
05/14/2021
Printed
05/17/2021 14:30

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

232010

*Revised*

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GDG-5249-WI
Driver's Licens  08615327
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA | MX | | 180 Persian Lime 38 Lb. Box 150 | | 43.0000 | 7,740.00 |
| CHULA | MX | | 60 Persian Lime 38 Lb. Box 110 | | 43.0000 | 2,580.00 |
| CHULA | MX | | 60 Persian Lime 38 Lb. Box 200 | | 32.0000 | 1,920.00 |
| Pallets In | | | 300 Quantity | | | $ 12,240.00 |
| Pallets Out | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.



MAILED
JUN 0 4 2021

PAID
JUN 1 - 2021

BY: 145724

240742

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

Produce Solutions LLC
701 N International Blvd Ste101-1712
Hidalgo. TX 78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
MAY 27 2021



INVOICE

BILL TO
Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste
400.
McAllen, Texas 78557 USA

INVOICE # PR252
DATE 05/17/2021
DUE DATE 06/07/2021

CUSTOMER PO#
240810

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
|      | Persian Limes 230's | 370 | 24.00 | 8,880.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".
Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

BALANCE DUE

$8,880.00

MAILED
JUN 0 4 2021



PAID
JUN 1 - 2021
BY: 145720

240810



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

# Sunrise Produce, LLC

**Invoice# SP 232304**

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
MAY 19 2021

**Ship Date**
05/18/2021
**Printed**
05/18/2021 17:51

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

**232304**

Terms: 21 Days
**Ship Terms: FOB**

Trailer Number  08615327
Driver's Licens  GD652249TX
JOSE TREVINO
956-739-51-19

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | **Salesperson DENIS** | Price | Extension |
|---|---|---|---|---|---|---|---|
| CHULA | MX | | 180 | Persian Lime 38 Lb. Box 230 | | 24.0000 | 4,320.00 |
| CHULA | MX | | 60 | Persian Lime 38 Lb. Box 250 | | 19.0000 | 1,140.00 |
| Pallets In | | | 240 | Quantity | | $ | 5,460.00 |
| Pallets Out | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
JUN 0 4 2021



PAID
JUN 1 – 2021
BY: 145724

240811

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Anavale Produce
801 Bona Terra Dr. Suite 190
Pharr TX 78577
United States

RECEIVED
MAY 2 0 2021

MAGLIO PRODUCE
5000 George McVay Dr Ste 400
McAllen 78503

# Invoice INV/2021/1395

| Invoice Date: | Due Date: | Source: |
|---|---|---|
| 05/20/2021 | 06/19/2021 | S44538 |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| LIME (230) | 540.000 | 23.00 | | $ 12,420.00 |
| | | Subtotal | | $ 12,420.00 |
| | | Total | | $ 12,420.00 |

Please use the following communication for your payment : **INV/2021/1395**

Payment terms: 30 Days

MAILED
JUN 0 8 2021

PAID
JUN 0 7 2021
BY: 145783

Phone: 956 682 2421  Email: admin@anavaleproduce.com  Web: http://anavaleproduce.com

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

240855

**Produce Solutions LLC**

701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED

MAY 2 1 2021



INVOICE

**BILL TO**

Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste
400.
McAllen, Texas  78557 USA

INVOICE # PR256
DATE 05/20/2021
DUE DATE 06/10/2021

**CUSTOMER PO#**
240917

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Persian Limes 200's | 60 | 24.00 | 1,440.00 |
| | Persian Limes 230's | 600 | 20.50 | 12,300.00 |
| | Persian Limes 230's | 600 | 20.50 | 12,300.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

BALANCE DUE

**$26,040.00**



MAILED
JUN 0 4 2021

PAID
JUN 1 - 2021
BY: 145720

240917

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5


ANAVALE

Anavale Produce
801 Bona Terra Dr, Suite 190
Pharr TX 78577
United States

RECEIVED
MAY 2 1 2021

MAGLIO PRODUCE
5000 George McVay Dr Ste 400
McAllen 78503

# Invoice INV/2021/1402

| Invoice Date: | Due Date: | Source: |
| --- | --- | --- |
| 05/21/2021 | 06/20/2021 | S44576 |

| Description | Quantity | Unit Price | Taxes | Amount |
| --- | --- | --- | --- | --- |
| LIME (175) | 64.000 | 32.00 | | $ 2,048.00 |
| LIME (150) | 16.000 | 34.00 | | $ 544.00 |
| LIME (200) | 180.000 | 25.00 | | $ 4,500.00 |
| LIME (110) | 17.000 | 40.00 | | $ 680.00 |

| | | |
| --- | --- | --- |
| Subtotal | | $ 7,772.00 |
| Total | | $ 7,772.00 |

Please use the following communication for your payment : **INV/2021/1402**

Payment terms: 30 Days

MAILED
JUN 0 7 2021


PAID
JUN 0 7 2021
BY: 14573

Phone: 956 682 2421  Email: admin@anavaleproduce.com  Web: http://anavaleproduce.com

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

**Sunrise Produce, LLC**

Invoice# SP 232893

RECEIVED
JUN 0 1 2021

Ship Date
05/25/2021
Printed
05/31/2021 15:51

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

232893

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GD-652-Y9-MI
Driver's Licens  08615327
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|---|
| CHULA | MX | | 300 | Persian Lime 38 Lb. Box 200 | | 14.0000 | 4,200.00 |
| CHULA | MX | | 360 | Persian Lime 38 Lb. Box 230 | | 12.0000 | 4,320.00 |
| Pallets In | | | 660 | Quantity | | $ | 8,520.00 |
| Pallets Out | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E.c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

MAILED
JUN 0 8 2021



PAID
JUN 0 7 2021
BY: 145804

24102ce

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**

701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED

MAY 2 6 2021



INVOICE

**BILL TO**
Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste
400.
McAllen, Texas  78557 USA

**INVOICE #** PR267
**DATE** 05/25/2021
**DUE DATE** 06/15/2021

**CUSTOMER PO#**
241027

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Persian Limes 230's | 240 | 15.00 | 3,600.00 |
| | Persian Limes 230's | 375 | 15.00 | 5,625.00 |
| | Persian Limes 230's | 105 | 15.00 | 1,575.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary. Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**BALANCE DUE**

**$10,800.00**



MAILED

JUNE 0 8 2021

PAID
JUN 0 7 2021
BY: 145777



The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**
701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
MAY 2 7 2021



# INVOICE

**BILL TO**
Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste 400.
McAllen, Texas  78557 USA

INVOICE # PR270
DATE 05/27/2021
DUE DATE 06/17/2021

**CUSTOMER PO#**
241080

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
|      | Persian Limes 230's | 600 | 14.00 | 8,400.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

BALANCE DUE

$8,400.00

MAILED
JUN 0 8 2021


PAID
JUN 0 7 2021
BY: 145797


241080

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

RECEIVED

MAY 2 8 2021

# INVOICE

Invoice #: 63732
Invoice: May 27, 2021
Ship:    May 27, 2021
Pay Terms: NET 21

Sold To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Page 1 of 1

| Sale Terms: FOB | Salesperson: MATTHEW CATANIA | Carrier: | |
|---|---|---|---|
| Order: May 27, 2021 | Via: | Trailer lic: | St: |
| Cust PO: 00241097 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 150'S #1 OTHER | 120 | ctn | 32.00 | 3,840.00 |
| LIMES CTNS 175'S #1 OTHER | 60 | ctn | 26.00 | 1,560.00 |
| LIMES CTNS 200'S #1 OTHER | 180 | ctn | 17.50 | 3,150.00 |
| INVOICE TOTAL: | 360 | | | 8,550.00 |

MAILED

JUN 0 8 2021



PAID

JUN 0 7 2021

BY: 145765

24/097

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**

701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
MAY 2 8 2021



# INVOICE

**BILL TO**
Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste 400.
McAllen, Texas  78557 USA

**INVOICE #** PR271
**DATE** 05/28/2021
**DUE DATE** 06/18/2021

**CUSTOMER PO#**
241101

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
|  | Persian Limes 230's | 300 | 14.00 | 4,200.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received".

Interest shall accrue on any past - due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**BALANCE DUE**

**$4,200.00**

MAILED
JUN 0 8 2021


PAID
JUN 0 7 2021
BY: 145797


241101

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

**Invoice# SP 233522**

Ship Date
**06/01/2021**

Printed
**06/01/2021 20:42**

RECEIVED
JUN 0 3 2021

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

**233522**

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GD652Y9
Driver's Licens  08615327-TX
JOSE TREVINO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|---|
| | MX | | 120 | Persian Lime 38 Lb. Box 200 | | 15.0000 | 1,800.00 |
| Pallets In | | | 120 | Quantity | | | $ 1,800.00 |
| Pallets Out | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTYAFOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Dominguez Fresh Produce, LLC
1908 Tanya Ave,
McAllen, TX 78503, USA
Phone: (956) 630-6171
Fax: 956 630-9425
Whse:

RECEIVED
JUN 0 2 2021

dominguezproduce@gmail.com

**Invoice #   0036194**
Date:       06/02/2021
Ship:       06/01/2021
Pay Terms:   15 Days

Sold To   SAM, MAGLIO
          4287 N Port Washington Rd, 53212 Milwaukee,
          United States
          Milwaukee, WI 53212, USA

Salesperson: Victor Dominguez
Cust. PO:

Truck Name: .
Trailer Lic:

Ship To   MAGLIO PRODUCE
          4287 N Port Washington Rd, 53212 Milwaukee,
          United States
          Milwaukee, WI 53212, USA

Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| LIME PERSIAN 38 LB CARTON 230 CT Dominguez  [ Product of Mexico ] | 60 | Box | 12.0000 | 720.00 |
| LIME PERSIAN 38 LB CARTON 230 CT YAMILIME  [ Product of Mexico ] | 540 | Box | 12.0000 | 6,480.00 |
| Total | 600 | | | 7,200.00 |

Invoice Total                                                                 7,200.00

returned
109cr

-1308

5,872

March 2017
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities Act, 1930 (7 U.S.C 499 E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours. Interest will accrue on any past-due balance at the rate of 1 an 1/2 percent per month(18% per annum) buyer agrees to pay all cost of collection including attorney´s feesand costs as additional sums owed in conection with this transaction in the event collection action becomes necessary.
PAYMENT TERMS: PACA PAYMENT PROMPTLY

241120

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

**Produce Solutions LLC**

701 N International Blvd Ste101-1712
Hidalgo, TX  78557 US
956 510 4370
info@producesolutionsonline.com

RECEIVED
JUN 0 2 2021



INVOICE

**BILL TO**
Mr. George Guzman
Maglio McAllen
5000 George McVay Dr Ste
400.
McAllen, Texas  78557 USA

INVOICE # PR276
DATE 06/01/2021
DUE DATE 06/22/2021

**CUSTOMER PO#**
241171

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Persian Limes 230's | 600 | 12.00 | 7,200.00 |

BALANCE DUE

**BALANCE DUE**   $7,200.00

'The perishable agricultural commodities listed
on this invoice are sold subject to the statutory
trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930
(7 U.S.C. 499e(c)). The seller of these
commodities retains a trust claim over these
commodities, all inventories of food or other
products derived from these commodities, and
any receivables or proceeds from the sale of
these commodities until full payment is
received".
Interest shall accrue on any past - due account
balance at the rate of 1.5% per month (18%
per annum). In the event collection action
becomes necessary, Buyer agrees to pay all
costs of collection, including attorneys' fees. All
payments due and payable in Hidalgo County,
Texas.

241171

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5



Anavale Produce
801 Bona Terra Dr, Suite 190
Pharr TX 78577
United States

RECEIVED
JUN 0 4 2021

MAGLIO PRODUCE
5000 George McVay Dr Ste 400
McAllen 78503

# Invoice INV/2021/1598

| Invoice Date: | Due Date: | Source: |
|---|---|---|
| 06/04/2021 | 07/04/2021 | S44819 |

| Description | Quantity | Unit Price | Taxes | Amount |
|---|---|---|---|---|
| LIME (230) | 300.000 | 11.00 | | $ 3,300.00 |
| | | Subtotal | | $ 3,300.00 |
| | | Total | | $ 3,300.00 |

Please use the following communication for your payment : **INV/2021/1598**

Payment terms: 30 Days

21123\

13359

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables

The Fresh Group, Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

**mega** produce

Mega Produce LLC
6001 S International Pkwy,
McAllen, TX 78503, USA

Phone: (956) 739 5700
Fax: 956 739 5700
Whse:

RECEIVED
JUN 0 4 2021

**Invoice #  0030499**

Date:  06/03/2021
Ship:  06/03/2021
Pay Terms:  30 Days

| Sold To | MAGLIO MCALLEN<br>5000 George McVay Dr Ste 400<br>Mcallen, TX 78503, USA | | |
|---|---|---|---|

Salesperson: Oscar Duran
Cust. PO:

Truck Name: MEGA
Trailer Lic: .
Broker:
Ship Terms: FOB
Shipped From: McAllen, Texas

| Ship To | MAGLIO MCALLEN<br>5000 George McVay Dr Ste 400,<br>MCALLEN, TX 78503, USA | | | |
|---|---|---|---|---|

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Limes Lime 40 Lb carton 230 Generic  [ Product of Mexico ] | 480 | ctn | 10.0000 | 4,800.00 |
| Total | 480 | | | 4,800.00 |

| Invoice Total | 4,800.00 |
|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)) The seller of these commodities retains a trust claim over these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest and any attorney's fees necessary to collect any balance due here under, all interest and any attorney's fees due to do seller shall be considered sum owing in connection with this transaction under PACA trust". All Claims must be reported by WRITTEN NOTICE received by seller within 24 HOURS of arrival and supported by acceptable USDA INSPECTION certifies. NO DEDUCTION ALLOWED without prior written authorization from seller.

241252

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5

RECEIVED

JUN 0 4 2021

CATANIA TEXAS
4409 Wanda Ave Ste H
McAllen TX 78503

# INVOICE

Invoice #: 63792
Invoice: Jun 03, 2021
Ship:     Jun 03, 2021
Pay Terms: NET 21

Sold To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Ship To: MAGLIO COMPANIES
         4287 N.PORT WASHINGTON ROAD.
         GLENDALE WISCONSIN 53212

Page 1 of 1

| Sale Terms: FOB | Salesperson: MATTHEW CATANIA | Carrier: | |
| Order: Jun 03, 2021 | Via: | Trailer lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LIMES CTNS 150'S #1 EMERALD EMPIRE | 180 | ctn | 25.00 | 4,500.00 |
| LIMES CTNS 175'S #1 EMERALD EMPIRE | 60 | ctn | 17.00 | 1,020.00 |
| LIMES CTNS 200'S #1 EMERALD EMPIRE | 60 | ctn | 13.00 | 780.00 |
| INVOICE TOTAL: | 300 | | | 6,300.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

The Fresh Group Ltd dba Maglio
v. Vision Import Group, LLC
Formal Complaint - Exhibit 5

**Invoice# SP 233715**

## Sunrise Produce, LLC

5125 Honduras Ave.
McAllen, TX 78503
Phone 956-843-1110

RECEIVED
JUN 07 2021

Ship Date
06/04/2021
Printed
06/05/2021 09:09

Bill To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212

Ship To:
Maglio & Company
4287 N Port Washington Rd.
Milwaukee, WI 53212
Ph 1-(414) 906-8800  Fax 1-(414) 906-8810

233715

Terms: 21 Days
Ship Terms: FOB

Trailer Number  GD-65249-WI
Driver's Licens  08615327-TX
JOSE TREVIÑO
956-739-5179

Carrier  MAGLIO

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Salesperson DENIS | Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | 152 | Bell Peppers Red 1 1/9 Choice | | 12.0000 | 1,824.00 |
| EMPACAR | | | 75 | Bell Peppers Red 1 1/9 Small | | 12.0000 | 900.00 |
| | | | 126 | Cucumbers Select 1 1/9 | | 11.0000 | 1,386.00 |
| LIMA CARG MX | | | 120 | Persian Lime 38 Lb. Box 200 | | 15.0000 | 1,800.00 |
| Pallets In _____ | | | 473 | Quantity | | | $ 5,910.00 |
| Pallets Out _____ | | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

241230

The Fresh Group Ltd dba Maglio
v. Vision  Import Group, LLC
Formal Complaint - Exhibit 5