UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| VISION IMPORT GROUP, LLC, § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 7:21-cv-00295 |
| THE FRESH GROUP, LTD. d/b/a Maglio McAllen, § § § | |
| Defendant. § | |

# FINAL JUDGMENT

The Court hereby renders final judgment in this case in accordance with Federal Rules of Civil Procedure 54 and 58. Having granted Defendant's motion to dismiss,[1] the Court **DISMISSES** all of Plaintiff's claims without prejudice and **ADJUDGES** that Plaintiff take nothing by this suit. This final judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of September 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 23.